1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11  MAXIMO HERNANDEZ, JR.,              ) Case No. CV 14-1879 JCG
12              Plaintiff,              )
                                        )
13          v.                          ) **JUDGMENT**
                                        )
14  CAROLYN W. COLVIN, ACTING           )
    COMMISSIONER OF SOCIAL              )
15  SECURITY ADMINISTRATION,            )
                                        )
16              Defendant.              )
                                        )
17  _____      )
18
19       IT IS ADJUDGED that the decision of the Commissioner of the Social
20  Security Administration is **AFFIRMED**.
21
22  Dated: December 2, 2014
23
24                                   _____
25                                          Hon. Jay C. Gandhi
26                                   United States Magistrate Judge
27
28